# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA GOLCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP SHORT TERM DISABILITY PLAN; and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:15-cv-2596-MWF-JEMx<br><br>**ORDER GRANTING STIPULATION RE: CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

Upon consideration of the Confidentiality Agreement submitted by Plaintiff Pamela Golchet and Defendant Life Insurance Company of America, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Confidentiality Agreement is approved, and the Protective Order is entered as an Order of the Court.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: April 11, 2016

_John E. McDermott_
Hon. John E. McDermott
United States Magistrate Judge